THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL MEJIAS, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO RODRIGUEZ, Appellant.

Submitted June 10, 2013; decided September 10, 2013

Motion for reargument denied [see 21 NY3d 73 (2013)].

Judge ABDUS-SALAAM taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KEITH TODD, Appellant, v SANDRA DOLCE, Respondent.

Submitted July 22, 2013; decided September 10, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

EUGENE TENENBAUM, Appellant, v STATE COMMISSIONER OF HOUSING AND COMMUNITY RENEWAL, Respondent.

Decided September 10, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (see CPLR 5601).

SAMUEL TOMAINO, Appellant, v THOMAS MAROTTA, JR., Respondent.

Submitted July 29, 2013; decided September 10, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (see Cuadrado v New York City Tr. Auth., 65 AD3d 434 [2009], lv dismissed 14 NY3d 748 [2010]).